UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ASPECTS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 18-CV-900-JGK |
| | : | |
| LYCIUM, LLC, HUANGJUN JUN HE and | : | |
| BING QIAN LIU, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO DISMISS DEFENDANTS HUANGJUN JUN
HE AND BING QIAN LIU's COUNTERCLAIM**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff Aspects, Inc. hereby moves to dismiss Defendants Huangjun Jun He and Bing Qian Liu's Counterclaims for malicious prosecution, abuse of process and prima facie tort against Plaintiff.  As grounds for this Motion, Plaintiff relies on the accompanying Memorandum of Law filed concurrently herewith.

ASPECTS, INC.

By Its Attorneys,


/s/ *Ryan M. Gainor*
Craig M. Scott (admitted *pro hac vice*)
Ryan M. Gainor, Esq.
Hinckley, Allen & Snyder LLP
100 Westminster Street, Suite 1500
Providence, Rhode Island, 02903
(401) 274-2000
cscott@hinckleyallen.com
rgainor@hinckleyallen.com


Dated:  May 30, 2018

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing document was filed through the ECF system on the 30th day of May, 2018 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Ryan M. Gainor*
